# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2404
_____

ALBERT JACKSON JR.,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

November 15, 2024

PER CURIAM.

DISMISSED.

KELSEY, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Albert Jackson Jr., pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.